Ronald A. Henderson #95116, David J. Weiland #160447
**DOWLING AARON INCORPORATED**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California  93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
rhenderson@dowlingaaron.com/dweiland@dowlingaaron.com
Attorneys for Plaintiff BROWNING CONTRACTORS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BROWNING CONTRACTORS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No. 1:13-CV-00518-AWI-BAM <br><br> **STIPULATION AND ORDER MODIFYING CASE SCHEDULE** |

The Court, having considered the parties' stipulation, finds that good cause exists to continue the discovery and pretrial deadlines to the following dates:

**1.**   **Non-Expert Discovery Cutoff:**   March 21, 2014

**2.**   **Expert Discovery Cutoff:**   March 21, 2014

**3.**   **Non-Dispositive Motion Filing:**   March 21, 2014

**4.**   **Dispositive Motion Filing:**   April 18, 2014

**5.**   **Dispositive Motion Hearing:**   May 19, 2014

The Pretrial Conference and Jury Trial dates will remain as set in the August 15, 2013 Scheduling Order. (Doc. 11).

IT IS SO ORDERED.

Dated:   **January 13, 2014**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE