UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWNING CONTRACTORS, INC., | CASE NO. 1: 13-cv-00518-AWI-BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | |
| Defendant. | |

Plaintiff has filed a Notice of Settlement indicating a settlement has been reached with Defendant. (Doc. 14.) Pursuant to this Court's Local Rule 160(b), this Court ORDERS the parties, **no later than March 7, 2014,** to file appropriate papers to dismiss this action.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **February 14, 2014**           /s/ *Barbara A. McAuliffe*

                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28