Ronald A. Henderson #95116
David J. Weiland #160447
**DOWLING AARON INCORPORATED**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
rhenderson@dowlingaaron.com/dweiland@dowlingaaron.com

Attorneys for Plaintiff BROWNING CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BROWNING CONTRACTORS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,<br><br>　　　　　　　Defendant. | Case No. 1:13-CV-00518-AWI-BAM<br><br>**[PROPOSED] ORDER FOR DISMISSAL FOLLOWING SETTLEMENT** |

　　　Based upon the Stipulation of the parties (Doc. No. 18) and good cause appearing,

　　　IT IS ORDERED that:

　　　1.　　The case be, and is hereby, dismissed in total and with prejudice.

IT IS SO ORDERED.

Dated:   May 6, 2014                           _____
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

**PROPOSED ORDER FOR DISMISSAL**